# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAWYERS TITLE INSURANCE CORPORATION | § § § | |
| V. | § § | CASE NO. 4:09cv262 (Judge Schneider/Judge Mazzant) |
| GRAHAM MORTGAGE CORPORATION | § § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 16, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff Lawyers Title Insurance Corporation's Motion for Partial Summary Judgment be denied and Defendant Graham Mortgage Corporation's Motion for Partial Summary Judgment be granted.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Plaintiff Lawyers Title Insurance Corporation's Motion for Partial Summary Judgment (Dkt. #16) is **DENIED** and Defendant Graham Mortgage Corporation's Motion for Partial Summary Judgment (Dkt. #17) is **GRANTED**

**IT IS SO ORDERED**.

**SIGNED this 28th day of June, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE